KRISTIN MIHELIC, ATTORNEY #278483
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101 (619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re: | Case No. 15-00717-CL11 |
| UPRIGHT SHORING AND SCAFFOLD, INC., | STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | Dept: FIVE<br>Room: 318 |

## STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS

The United States Trustee for the Southern District of California reports as follows:

1. The order for relief in this case under chapter 11 of the Bankruptcy Code was entered on February 6, 2015.

2. Despite efforts by the United States Trustee to contact unsecured creditors, as of this date, sufficient indications of willingness to serve on a committee of unsecured creditors have not been received from persons eligible to serve on such a committee.

See 11 U.S.C. §1102(b)(1). Accordingly, the United States Trustee is unable to appoint a committee pursuant to 11 U.S.C. §1102(a).

Respectfully submitted,
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: 3/18/15    By: _____
Kristin Mihelic
Trial Attorney for the
Acting United States Trustee